[No. 71708-1-I.   Division One.   May 26, 2015.]

JEFF KIRBY ET AL., *Appellants*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-24231-1, Palmer Robinson, J., entered March 6, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 72163-1-I.   Division One.   May 26, 2015.]

THE DOCTORS COMPANY, *Appellant*, v. BENNETT BIGELOW & LEEDOM, PS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-06659-1, Dean Scott Lum, J., entered July 11 and August 13, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Cox and Schindler, JJ.

[Nos. 72754-1-I; 72755-9-I.   Division One.   May 26, 2015.]

*In the Matter of the Dependency of* K.G. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. DORI T. GORDON, *Appellant*.

Appeals from judgments of the Superior Court for Whatcom County, Nos. 14-7-00497-9 and 14-7-00508-8, Thomas L. Verge, J. Pro Tem., entered October 27, 2014. *Reversed* and *remanded* by unpublished per curiam opinion.